# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| HOWARD COHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:22-cv-0722-TWT |
| BRINKER GEORGIA, INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, the Plaintiff and the Defendant (the "Parties") herein, and, pursuant to the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby dismiss the above-styled civil action WITH PREJUDICE. The Parties agree and do not dispute that the Court may retain its jurisdiction to enforce the Consent Agreement reached by the Parties.

Respectfully submitted this 7th day of October, 2022.

[Signatures on Following Page.]

| | |
|---|---|
| /s/ Barry Debrow Jr. | /s/ *Timothy M. Boughey* |
| Barry Debrow, Jr. | Timothy M. Boughey |
| Georgia Bar No.445097 | Georgia Bar No. 832112 |
| Debrow Law P.C. | JACKSON LEWIS P.C. |
| 12 Bullsboro Dr. | 171 17th Street, N.W. |
| Newnan, Ga 30263 | Suite 1200 |
| (678) 381-6871 | Atlanta, Georgia 30363 |
| barry@debrowlaw.com | T: (404) 525-8200 |
| *Counsel for Plaintiff* | Timothy.Boughey@jacksonlewis.com |
| | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of October 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

| | |
|---|---|
| /s/ Barry Debrow Jr. | /s/ *Timothy M. Boughey* |
| Barry Debrow, Jr. | Timothy M. Boughey |
| Georgia Bar No.445097 | Georgia Bar No. 832112 |
| Debrow Law P.C. | JACKSON LEWIS P.C. |
| 12 Bullsboro Dr. | 171 17th Street, N.W. |
| Newnan, Ga 30263 | Suite 1200 |
| (678) 381-6871 | Atlanta, Georgia 30363 |
| barry@debrowlaw.com | T: (404) 525-8200 |
| *Counsel for Plaintiff* | Timothy.Boughey@jacksonlewis.com |
| | *Counsel for Defendant* |